# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT BOSCH LLC,

    Plaintiff,

v.

OCEAN AUTOMOBILE APPARATUS CO., LTD.,

    Defendant.

Case No.  2:10-cv-1928-RLH-LRL

**O R D E R
GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT**

    The Court, having considered that the Defendant Ocean Automobile Apparatus Co., Ltd. ("Ocean Auto") has failed to appear or otherwise respond to the Complaint filed and served on November 3, 2010 by Plaintiff Robert Bosch LLC ("Bosch"), that Clerk's Default was entered on January 19, 2011 (D.I. 18), that Bosch's Motion for Default Judgment is currently pending, and for good cause appearing, HEREBY GRANTS judgment by default against Ocean Auto and in favor of Bosch.

    IT IS FURTHER ORDERED THAT

    (1) Ocean Auto has infringed one or more of the claims of the United States Patent No. 6,944,905 by making, importing, offering for sale, using, and selling its "beam" or "flat" blade wiper blade products, in violation of the patent laws of the United States.

    (2) Ocean Auto is permanently enjoined, along with its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and those persons in active concert or participation with them, from making, using, selling, offering for sale, or importing into the United States, for the remaining term of the 6,944,905 patent, any wiper blade products infringing this patent, including, without limitation, the beam wiper blade products displayed at the 2010 AAPEX show, and any products that are a mere colorable variation of the same.

. . .

(3) The Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this default judgment and the injunctive relief provided herein.

IT IS SO ORDERED.

_____
ROGER L. HUNT
Chief United States District Judge

Date: February 14, 2011

2